# AAP Member Certification Agreement

**Account Name:** Parks Pharmacy, Inc.

**Account Number:** ▉

**Cost of Goods:** ▉

(Should reflect any adjustments noted below)

**Payment Terms:** INV02

**DSO (if different from PVA terms):** 1

**Average Monthly Qualified Purchases (Group):** ▉

**Average Monthly Generic Compliance:** ▉

**Multiple Store Code:** 21895

**Primary Account Number:** ▉

**Child Affiliation (if applicable):** AAP-CHILD

Exhibit 2

**AMERICAN ASSOCIATED PHARMACIES**
**MEMBER CERTIFICATION AGREEMENT**
**FOR** Parks Pharmacy, Inc.

This American Associated Pharmacies Member Certification Agreement (the "**Certification Agreement**") is made and entered into by and between Parks Pharmacy, Inc.    and Cardinal Health 110, LLC and Cardinal Health 112, LLC ("**Cardinal Health**").

1. **Member Certification**

The undersigned is a Member ("**Member**") of the **American Associated Pharmacies** ("**GPO**") network of providers of pharmaceuticals and has elected to purchase pharmaceuticals from Cardinal Health under the terms of that certain Prime Vendor Agreement by and between GPO and Cardinal Health which was effective as of June 1, 2016 (the "**Prime Vendor Agreement**").

The Member certifies, through an authorized representative, that the Member has received a copy of the Member Terms and Conditions document, which sets forth the material terms of the Prime Vendor Agreement, and has carefully read and fully understands the Member Terms and Conditions document and the Member's and Cardinal Health's rights and responsibilities under the Prime Vendor Agreement. The Member further certifies that throughout the remainder of the term of the Prime Vendor Agreement, and as part of the consideration for Cardinal Health continuing to sell pharmaceuticals to the Member, the Member agrees to be bound by the terms of the Prime Vendor Agreement.

2. **Capitalized Terms**

All capitalized terms used in this Certification Agreement not otherwise defined herein shall have the same meaning as is ascribed to them in the Prime Vendor Agreement.

3. **Term**

This Certification Agreement shall be effective as of the first day of the first month following full execution of this Certification Agreement, and shall continue in effect thereafter throughout the *shorter* of: (a) the remainder of the term of the relationship between Cardinal Health and GPO under the Prime Vendor Agreement or (b) the remainder of the term of the relationship between GPO and the Member.

4. **Initial Purchase Price**



Exhibit 2



5.  **Licensure & Own Use**

The Member represents and warrants to Cardinal Health that the Member has complied with, and is currently and will be at all times during the term in compliance with, all applicable licensing requirements of all applicable federal, state and local governmental authorities, including without limitation any licensing requirements to purchase, receive, possess, store, use, dispense, and/or distribute or otherwise dispose of pharmaceutical products. Prior to purchasing Rx Products from Cardinal Health hereunder and at all times during the term of this Certification Agreement, the Member will provide Cardinal Health with copies of all such licenses and any renewals, revocations, changes or notices related thereto. All purchases by the Member under the Prime Vendor Agreement will be for the Member's "own use" as that term is defined in judicial or legislative interpretation and shall not be sold to anyone other than an end user. Cardinal Health may terminate this Certification Agreement and Member's participation under the Prime Vendor Agreement immediately in the event it reasonably determines that the Member is in breach of this paragraph.

6.  **Miscellaneous**

No waiver of any right or remedy by Cardinal Health shall constitute a subsequent waiver of the same right or remedy. No changes to this Certification Agreement shall be made or be binding on either party unless made in writing and signed by both parties to this Certification Agreement. The validity and interpretation of this Certification Agreement shall be determined by the laws of the State of Ohio, excluding its conflicts of laws provisions. This Certification Agreement shall not be assigned by either party without the prior written consent of the other party; provided, however, Cardinal Health may assign its rights and obligations hereunder without such consent to any entity which is controlled by or under common control with Cardinal Health, Inc.

Parks Pharmacy, Inc.
1323-A MULBERRY ST
MONTGOMERY, AL 36106
Telecopy: _____
By _DEE PARKS (May 17, 2016)_____

Title _President_____

Date _May 17, 2016_____

Cardinal Health 110, LLC
Cardinal Health 112, LLC
7000 Cardinal Place
Dublin, Ohio 43017
Telecopy: (614) 757-6000
By _____

Title **VP, Retail Independent Buying Groups**

Date **May 16, 2016**

Exhibit 2