IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PARKS PHARMACY, INC., and ) <br> DEMETRIUS YVONNE PARKS, ) <br> the business name of Parks ) <br> Pharmacy, Inc. d/b/a Parks ) <br> Pharmacy #4, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> CARDINAL HEALTH 110, LLC, ) <br> et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:17cv503-MHT <br> (WO) |

## OPINION AND ORDER

Plaintiffs filed this diversity case asserting claims of tortious interference with business relationships, tortious interference with contracts, and breach of contract. This case is before the court on the recommendation of the United States Magistrate Judge that the defendants' motion for judgment on the pleadings be denied. Also before the court are defendants' objections to the recommendation. Upon an

independent and de novo review of the record, it is ORDERED as follows:

(1) Defendants' objections (doc. no. 41) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 39) is adopted.

(3) The motion for judgment on the pleadings (doc. no. 22) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 28th day of February, 2018.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**